# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

NITHYA VINAYAGAM,

    Plaintiff,

  v.

UNITED STATES DEPARTMENT OF LABOR ADMINISTRATIVE REVIEW BOARD, et al.,

    Defendants.

Case No. 2:18-cv-01206-RFB-CWH

**ORDER**

  Plaintiff Nithya Vinayagam submitted an application to proceed *in forma pauperis* and a complaint for back wages on July 2, 2018. (ECF No. 1.)

  Under 28 U.S.C. § 1915(a)(1) and Local Special Rule ("LSR") 1-1, a plaintiff seeking to proceed *in forma pauperis* must complete the requisite application. Here, plaintiff's application is incomplete. Plaintiff did not complete the section regarding gross wages and the source of income. The court will therefore deny plaintiff's application to proceed *in forma pauperis* without prejudice. Plaintiff must properly complete the application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If plaintiff chooses to file a new application to proceed *in forma pauperis*, then plaintiff must file a complete application including all of the sections referenced in this Order. The court will retain plaintiff's complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved.

  IT IS THEREFORE ORDERED that the Clerk of the Court must send plaintiff the approved form application to proceed *in forma pauperis*, as well as the document titled "Information and Instructions for Filing an *In Forma Pauperis Application*."

  IT IS FURTHER ORDERED that by August 8, 2018, plaintiff must either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and

1  LRS 1-1; or (2) pay the full $400 fee for a civil action, which includes the $350 filing fee and the
2  $50 administrative fee. Plaintiff is advised that failure to comply with this order will result in a
3  recommendation that this case be dismissed.

  DATED: July 9, 2018

  _____
  C.W. HOFFMAN, JR.
  UNITED STATES MAGISTRATE JUDGE