AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Nithya Vinayagam,

           Plaintiff,

v.

US Dept Labor-Adminisrative Review Board, et al.,

           Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-01206-RFB-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment has been entered in favor of Defendants against Plaintiff. IT IS FURTHER ORDERED that this case is DISMISSED without prejudice.

6/1/2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk